1470

[Cite as *07/17/2003 Case Announcements,* 2003-Ohio-3801.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 17, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–1604.   State v. Jackson.**
Allen C.P. No. CR20020011. On motion for supplemental briefing. Motion granted. Appellant's supplemental brief is due 30 days from the date of this entry. The state's brief is due 60 days from the filing of appellants' supplemental brief or, if no supplemental brief is filed, 60 days from the date on which the supplemental brief is due.

**2003–0679.   State v. Noland.**
Washington App. No. 02CA28, 2003-Ohio-1386. On review of order certifying a conflict. The court determines that a conflict exists; cause consolidated with 2003–0731, *State v. Noland,* Washington App. No. 02CA28, 2003-Ohio-1386; causes held for the decision in 2002–0351 and 2002–0422, *State v. Comer,* Lucas App. No. L–99–1296, 2002-Ohio-233; briefing schedule stayed.